IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE C. MCCRAY, # 183 709, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 1:15-CV-024-WKW |
| | ) [WO] |
| KENNETH JONES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

On January 22, 2015, the Magistrate Judge filed a Recommendation in this case. (Doc. # 7.) On February 9, 2015, Petitioner Willie C. McCray filed a response to the recommendation (Doc. # 8), in which he "concedes that this Hon[orable] Court is correct in its Recommendation" and requests that his petition for writ of habeas corpus be denied without prejudice. Upon an independent review of the record, it is ORDERED as follows:

1. The Recommendation (Doc. # 7) is ADOPTED.

2. The petition for writ of habeas corpus is DENIED.

3. This cause of action is DISMISSED without prejudice under 28 U.S.C. § 2244(b)(3)(A) as Mr. McCray has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider his successive habeas application.

A final judgment will be entered separately.

DONE this 12th day of February, 2015.

                                            /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE